PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Carlos Miguel Garcia**                                              Docket No. **06-934**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Roberto Cordeiro**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Carlos Miguel Garcia**, who was placed under pretrial release supervision by the **Honorable Ronald J. Hedges, U.S. Magistrate Judge,** sitting in the Court at Newark, New Jersey, on November 27, 2006, under the following conditions:

- $500,000 bond secured by real estate property owned by his cousin, Rosa Garcia, and located at 999 Hart Street, Brooklyn, NY
- Pretrial Services Supervision
- 24 Hour house arrest with electronic monitoring (allowed out only for medical, court and attorney appointments)
- Surrender travel documents/ Must not apply for new documents

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a warrant be issued for the defendant's arrest in order to secure his appearance in court for a bail review hearing.**

ORDER OF COURT

Considered and ordered this _26th_ day of _Feb_, _____ and ordered filed and made a part of the records in the above case.

_____
Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2/26/07_

_____
Roberto Cordeiro
U.S. Pretrial Services